UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

| | | |
|---|---|---|
| EM LTD. and NML CAPITAL, LTD., | : | 08 Civ. 7974 (TPG) |
| Plaintiffs, | : | |
| - against - | : | |
| THE REPUBLIC OF ARGENTINA and BANCO DE LA NACIÓN ARGENTINA, | : | |
| Defendants. | : | |

------------------------------------------------------------------ X

| | | |
|---|---|---|
| EM LTD., | : | 03 Civ. 2507(TPG) |
| Plaintiff, | : | |
| v. | : | |
| THE REPUBLIC OF ARGENTINA, | : | |
| Defendant | : | |

------------------------------------------------------------------ X

| | | |
|---|---|---|
| NML CAPITAL, LTD., | : | 03 Civ. 8845 (TPG) |
| | : | 05 Civ. 2434 (TPG) |
| Plaintiff, | : | 06 Civ. 6466(TPG) |
| | : | 07 Civ. 1910 (TPG) |
| v. | : | 07 Civ. 2690 (TPG) |
| | : | 07 Civ. 6563 (TPG) |
| THE REPUBLIC OF ARGENTINA, | : | 08 Civ. 2541 (TPG) |
| | : | 08 Civ. 3302 (TPG) |
| Defendant. | : | 08 Civ. 6978 (TPG) |
| | : | 09 Civ. 1707 (TPG) |
| | : | 09 Civ. 1708 (TPG) |

------------------------------------------------------------------ X

**NOTICE OF MOTION TO VACATE *EX PARTE* ORDERS OF ATTACHMENT**

PLEASE TAKE NOTICE that upon the Declaration of Carmine D. Boccuzzi, dated July 30, 2010, all attached exhibits, and the accompanying Memorandum of Law, defendant the Republic of Argentina will move this Court, at a date and time to be determined by

this Court, for an order vacating the *ex parte* orders of attachment entered on May 28, 2010, and for such other relief as this Court deems just and proper.

Dated: New York, New York
       July 30, 2010

                                  CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
    Jonathan I. Blackman (jblackman@cgsh.com)
    Carmine D. Boccuzzi (cboccuzzi@cgsh.com)
    Christopher P. Moore (cmoore@cgsh.com)

One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for the Republic of Argentina*

2

## CERTIFICATE OF SERVICE

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 30th day of July 2010, I have caused service of the Notice of Motion to Vacate Ex Parte Order of Attachment, dated on July 30, 2010, to be made by Federal Express and by electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have appeared and consent to electronic service in this action.

Dated:  New York, New York
        July 30, 2010

_____
Richard V. Conza